**Order entered December 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00724-CV

## FLAGSTAR BANK, FSB, Appellant

## V.

## MARK WALKER, ET AL., Appellees

### On Appeal from the 429th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 429-04864-2009

## ORDER

We **GRANT** appellant/cross-appellee's motion for an extension of time to file:  (1) its reply brief to the brief filed by appellee First American Title Insurance Company; and (2) its combined reply and cross-appellee's brief to the brief filed by appellees/cross-appellants Mark Walker and Contemporary Title Solutions.  Appellant/cross-appellee shall file the above-mentioned briefs on or before January 27, 2014.


/s/     ADA BROWN
        JUSTICE